UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUNG THANH MAI,

       Plaintiff,

    v.

CONNIE GIPSON, et al.,

       Defendants.

Case No. 25-cv-06892-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint. (Dkt. No. 11.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  To reopen, plaintiff must file a motion with the words MOTION TO REOPEN written on the first page.  The motion <u>must</u> be accompanied by an amended complaint (on this Court's form) that complies with the Court's instructions in the order dismissing the original complaint with leave to amend.  The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:**  February 12 , 2026

_____
RICHARD SEEBORG
Chief United States District Judge